UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GLORIA ZAPATA-LOZANO,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 10-5805 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 24, 2011

                                            /s/
                               Honorable Jacqueline Chooljian
                               UNITED STATES MAGISTRATE JUDGE